**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (3/09)     Case Number **09−43661−jwv7**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT of MISSOURI

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/30/09 . You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mandy Elise Sharp
10017 N Cherry Dr
Kansas City, MO 64155

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 09−43661−jwv7 | xxx−xx−4441 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Christopher T. Patterson | Maureen Scully |
| 7000 N. W. Prairie View Road, Ste 160 | P.O. Box 30233 |
| Kansas City, MO 64151 | Kansas City, MO 64112 |
| Telephone number: 816−471−7722 | Telephone number: 816−868−3039 |

### Meeting of Creditors
Date: **September 4, 2009**        Time: **01:00 PM**
Location: **Room 2110B, 400 East 9th Street, Kansas City, MO 64106**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/3/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Bankruptcy Clerk's Office: www.mow.uscourts.gov | For the Court: |
|---|---|
| | Court Executive: |
| 400 E. 9th Street, Room 1510 | Ann Thompson |
| Kansas City, MO 64106 | |
| Telephone Number: 816−512−1800 | |
| VCIS Number toll free: 888−205−2527 | |
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 7/30/09 |

The trustee may give notice at the meeting of his intent to abandon property unless objections are filed within 15 days.
Creditors with a security interest in the property must provide evidence of perfection to the trustee prior to this meeting.
Pursuant to 11 USC § 727 (a)(12), creditors and parties in interest seeking to delay or postpone debtor(s)' discharge on grounds that 11 USC § 522 (q)(1) may be applicable to debtor(s) or that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC § 522 (q)(1)(A) or may be liable for a debt as described in 11 USC § 522 (q)(1)(B) must file a motion to delay or postpone such discharge prior to the last day to object to the discharge, as set out above.
If hearing location is Kansas City, please call (816) 512−1800 menu item #6 for information regarding handicapped access to the courthouse.

**EXPLANATIONS** FORM B9A (3/09)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0866-4          User: parlec                Page 1 of 2                   Date Rcvd: Jul 30, 2009
Case: 09-43661                Form ID: b9a                Total Noticed: 29


The following entities were noticed by first class mail on Aug 01, 2009.
db           +Mandy Elise Sharp,    10017 N Cherry Dr,    Kansas City, MO 64155-1909
aty          +Christopher T. Patterson,    7000 N. W. Prairie View Road, Ste 160,    Kansas City, MO 64151-3808
tr           +Maureen Scully,    P.O. Box 30233,    Kansas City, MO 64112-3233
13099959      AT&T Mobility,    PO Box 650553,    Dallas TX 75265-0553
13099960     +AT&T Universal,    Processing Center,    Des Moines IA 50363-0001
13099965      Capital One,    PO Box 6492,    Carol Stream IL 60197-6492
13099970      Chase Home Finance,    PO Box 24696,    Columbus OH 43224-0696
13099969      Chase Home Finance,    PO Box 78420,    Phoenix AZ 85062-8420
13099971     +Citibank,    PO Box 6500,    Sioux Falls SD 57117-6500
13099972      Citifinancial Bankruptcy,    PO Box 140489,    Irving TX 75014-0489
13099975     +Kohl's,    PO Box 3042,    Milwaukee WI 53201-3042
13099977     +NCO Financial Systems, Inc,    PO Box 15273,    Wilmington DE 19850-5273
13099978     +Overland Park Regional Medical Cent,    PO Box 419191,    Kansas City MO 64141-6191
13099979    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Bankruptcy Department,    PO Box 5229,
               Cincinnati OH 45201)
13099980    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 790408,    St Louis MO 63179-0408)
13099981     +Wells Fargo Bankruptcy,    4137 121st Street,    Urbandale IA 50323-2310
13099982      Wells Fargo Mortgage,    PO Box 5296,    Carol Stream IL 60197-5296
13099983     +William Sharp,    15768 Meadow Ct,    Platte City MO 64079-7236

The following entities were noticed by electronic transmission on Jul 30, 2009.
tr           +EDI: BMSCULLY.COM Jul 30 2009 17:38:00      Maureen Scully,    P.O. Box 30233,
               Kansas City, MO 64112-3233
smg           E-mail/Text: ecfnotices@dor.mo.gov                            Missouri Department of Revenue,
               General Counsel's Office,    PO Box 475,    Jefferson City, MO  65105-0475
13099962      EDI: BANKAMER.COM Jul 30 2009 17:33:00      Bank of America,    PO Box 851001,
               Dallas TX 75285-1001
13099961      EDI: BANKAMER.COM Jul 30 2009 17:33:00      Bank of America,    PO Box 2518,
               Houston TX 77252-2518
13099963      EDI: BANKAMER.COM Jul 30 2009 17:33:00      Bank of America,    PO Box 15026,
               Wilmington DE 19886-5026
13099964     +EDI: BANKAMER.COM Jul 30 2009 17:33:00      Bank of America Bankruptcy,    NC4-105-03-14,
               4161 Piedmont Pkwy,    Greensboro NC 27410-8110
13099966      EDI: CAPITALONE.COM Jul 30 2009 17:33:00      Capital One Bankruptcy,    PO Box 85167,
               Richmond  VA 23285-5167
13099967      EDI: CHASE.COM Jul 30 2009 17:38:00      Chase,    PO Box 94014,    Palatine IL 60094-4014
13099968      EDI: CHASE.COM Jul 30 2009 17:38:00      Chase Cardmember Service,    PO Box 100043,
               Kennesaw GA 30156-9243
13099971     +EDI: CITICORP.COM Jul 30 2009 17:33:00      Citibank,    PO Box 6500,    Sioux Falls SD 57117-6500
13099974      EDI: DISCOVER.COM Jul 30 2009 17:35:00      Discover Card,    PO Box 30943,
               Salt Lake City UT 84130
13099973      EDI: DISCOVER.COM Jul 30 2009 17:35:00      Discover,    PO Box 6103,    Carol Stream IL 60197-6103
13099976      EDI: CBSKOHLS.COM Jul 30 2009 17:35:00      Kohl's,    PO Box 2983,    Milwaukee WI 53201-2983
13099979      EDI: USBANKARS.COM Jul 30 2009 17:38:00      US Bank,    Bankruptcy Department,    PO Box 5229,
               Cincinnati OH 45201
13099980      EDI: USBANKARS.COM Jul 30 2009 17:38:00      US Bank,    PO Box 790408,    St Louis MO 63179-0408
13099981     +EDI: WFFC.COM Jul 30 2009 17:38:00      Wells Fargo Bankruptcy,    4137 121st Street,
               Urbandale IA 50323-2310
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0866-4         User: parlec         Page 2 of 2            Date Rcvd: Jul 30, 2009
Case: 09-43661               Form ID: b9a         Total Noticed: 29

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2009**           **Signature:**   *Joseph Speetjens*